ABRIL, DEMANDANTE Y APELADA, *v.* SAAVEDRA ET AL., DEMANDA-
DOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Arecibo en
causa sobre *injunction* para recobrar la posesión material
de propiedad inmueble.

No. 1256.—Resuelto en julio 29, 1915.

INJUNCTION PARA RECOBRAR LA POSESIÓN MATERIAL DE PROPIEDAD INMUEBLE—
PRUEBA CONTRADICTORIA—PASIÓN O PREJUICIO—CONFIRMACIÓN DE LA SEN-
TENCIA.—En este caso el único fundamento del recurso es que la corte infe-
rior incurrió en error ál declarar que los hechos están en favor de la deman-
dante y *se resolvió:* que, aunque, existe contradicción en la prueba, no puede
decirse que la sentencia no esté sostenida por la misma, y que, no existiendo
ningún indicio de pasión o prejuicio por parte del juez sentenciador, debe
confirmarse la sentencia.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Carlos Franco Soto.*

Abogados de la apelada: *Sres. Enrique González Mena,* y
*Juan B. Soto.*

EL JUEZ ASOCIADO SR. HUTCHISON emitió la opinión del
tribunal.

En la Corte de Distrito de Arecibo y en una petición de
"*injunction* para recobrar la posesión material de propiedad
inmueble" que evidentemente fué establecida de acuerdo con
la "Ley proveyendo procedimientos para recobrar la posesión
de propiedad inmueble", aprobada en 13 de marzo de 1913, la
peticionaria-apelada alegó sustancialmente lo siguiente:

Que es dueña en pleno dominio de una finca compuesta de
cuarenta y tres cuerdas y un cuadro de terreno la cual se des-
cribe en la solicitud y que adquirió dicha finca por compra a
Julio Osvaldo Abril y está inscrita en el registro de la pro-
piedad; que tomó posesión de la finca en la fecha en que se
hizo la compraventa, dejándola arrendada a Quintín Saa-
vedra Soler; que posteriormente el referido arrendatario fué
lanzado del predio en virtud de juicio de desahucio estable-
cido por la demandante que ocupó entonces la posesión ma-

terial de la finca y la dejó al cuidado de Carmelo Piquet; que subsiguientemente los demandados Francisco y Bartolomé Saavedra Soler a la fuerza y contra la voluntad de Avelino Mercado que a su vez había sido encargado de la finca por Piquet, cercaron con alambre una parte de la referida finca, o sea el predio compuesto de treinta y cuatro cuerdas tres cuadros de terreno, segregando así mediante actos violentos y fraudulentos dicha porción de los demás terrenos de la demandante y privándola de la posesión material y acceso a la misma; que dicha parcela está sembrada de cañas habiéndose apoderado de ella los referidos demandados por medios violentos y fraudulentos, aplicándolos a su propio uso y beneficio.

Concluye la petición con la súplica de que se expida un *injunction* mandatorio ordenando que la demandante sea restablecida a la posesión real de la parcela de terreno de treinta y cuatro cuerdas y tres cuadros de que ha sido privada por los demandados, y que se les requiera para que se abstengan de cometer nuevos u otros actos semejantes tendentes a perturbar a la demandante en dicha posesión.

El demandado Francisco Saavedra formuló su contestación y se celebró el juicio que terminó con la sentencia de la corte a favor de la demandante.

El único señalamiento de error que ha sido alegado es que la corte incurrió en error al declarar que los hechos están a favor de la demandante.

Aunque existe cierta contradicción en la prueba no podemos decir que la sentencia no esté sostenida por la misma y no existe ningún indicio de pasión o prejuicio por parte del juez sentenciador.

Debe confirmarse la sentencia.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.